O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LOMES, | Case No. EDCV 03-1479 AN |
| Plaintiff, | MEMORANDUM AND ORDER |
| v. | |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to 42 U.S.C. § 405(g), Plaintiff is seeking judicial review of the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his claim for a period of disability and disability insurance benefits ("DIB") pursuant to Title II of the Social Security Act ("Act"). Both parties have consented to proceed before the undersigned Magistrate Judge. In accordance with the Court's Case Management Order, the parties have filed a joint stipulation and request for an order summarily deciding issues concerning remand and/or immediate payment of benefits ("JS") and it sets forth the relevant background facts which are familiar to both parties and need not be repeated here.

Plaintiff contends the Administrative Law Judge ("ALJ") erred in finding that he was capable of performing his past relevant work as a traffic controller because the hypothetical question to the vocational expert ("VE") did not incorporate a non-exertional

limitation of frequently changing positions and tasks.

However, a review of the whole record establishes that the ALJ did not err. Contrary to Plaintiff's contention, the ALJ did not need to expressly include the non-exertional limitations of frequently changing positions and tasks into the hypothetical because the VE clearly testified he assumed Plaintiff had "the ability to get up and kind of control his day, his own day" in concluding that he could perform his past relevant work as a traffic controller. [Administrative Record, 363.] This was also consistent with Plaintiff's own description of how he performed his job as a traffic controller. Further, Plaintiff testified that he generally performed his traffic controller job while sitting, and that it required no appreciable lifting. [*Id.*, 351-52, 362.] Therefore, the omission of the shoulder level restriction from the hypothetical was harmless. *See Curry v. Sullivan*, 925 F.2d 1127, 1131 (9th Cir. 1990).

Accordingly, the Court finds the ALJ's determination of non-disability is free of legal error and supported by substantial evidence. Accordingly, Plaintiff's request for an order directing the payment of benefits or remanding this case for further proceedings is DENIED, and the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED. The clerk shall enter judgment, close the file and terminate all pending motions.

IT IS SO ORDERED.

DATED: September 27, 2005       /s/ Arthur Nakazato
                                ARTHUR NAKAZATO
                                UNITED STATES MAGISTRATE JUDGE